1  JUSTIN CHI (SBN 288252)
   jjchi@akingump.com
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1700 Pacific Avenue
3  Suite 4100
   Dallas, TX 75201-4624
4  Telephone:    214.969.2800
   Facsimile:    214.969.4343
5
   Attorneys for Lenovo Holding Company, Inc. and
6  Lenovo (United States) Inc.
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12 | LENOVO HOLDING COMPANY, | Case Nos. |
   | INC. and LENOVO (UNITED STATES) INC. | |
13 | | (District of Delaware Case No. 13-2108-RGA) |
   | LG ELECTRONICS INC., LG | |
14 | ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG | (District of Delaware Case No. 13-2109-RGA) |
15 | DISPLAY AMERICA, INC. | |
16 | Movants, | **NOTICE OF MOTION AND MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA** |
17 | v. | |
   | | DATE: |
18 | ACACIA RESEARCH CORP. and | TIME: |
   | ACACIA RESEARCH GROUP LLC, | DEPT.: |
19 | | |
   | Non-Movants. | Fact Discovery Cutoff: 12/04/15 |
20 | | Pretrial Conference Date: 10/14/16 |
   | | Trial Date: 10/24/16 |
21

22        TO THE COURT, ACACIA, AND ITS ATTORNEYS OF RECORD:
23        PLEASE TAKE NOTICE that on _____, at _____.m., or
24 as soon as this matter may be heard in Courtroom _____ of the United States
25 District Court for the Central District of California, before United States Magistrate
26 Judge _____, Movants LG Electronics Inc.; LG Electronics U.S.A., Inc.; LG
27 Display Co., Ltd.; and LG Display America, Inc. (collectively, "LG"); Lenovo Holding
28 Company, Inc.; and Lenovo (United States) Inc. (collectively, "Lenovo") will and

                                        1
**NOTICE OF MOTION AND MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA**

hereby do move this Court for an order to compel Acacia Research Corporation and Acacia Research Group LLC (collectively, "Acacia") to comply with Movants' Subpoenas to Produce Documents as follows:

- Produce all documents relating to any actual or contemplated agreement relating to any and all patents-in-suit, including licenses, licensing communications, covenants, contracts, assignments, sales, acquisitions, purchases, transfers, changes of title, conveyances, settlements, payments, royalty records, and related communications in response to request number 23;
- Produce all documents relating to licenses or offers to license for any of the patents-in-Suit or any related patent in response to request number 36.
- Produce all documents produced to the Federal Trade Commission during the FTC Investigation as requested in request number 31;
- Produce all valuations of any or all of the patents-in-suit, individually, collectively, or any grouping thereof in response to request number 25; and
- Produce all documents relating to any analysis, consideration, or assertion of infringement or non-infringement, validity or invalidity, enforceability or unenforceability, ownership, inventorship, or damages relating to any and all patents-in-suit in response to request number 26.

This Motion is made pursuant to Rule 37 and 45 (d)(2)(B)(i) of the Federal Rules of Civil Procedure and Local Rule 37.

This Motion is based on this Notice of Motion, the Joint Stipulation of the parties submitted concurrently with this Motion pursuant to Local Rule 37-2, the Declaration of Eric J. Klein, the Declaration of Robert G. Pluta, the Declaration of Jessica L. Mullen, the exhibits attached hereto, and upon such oral argument and submissions that may be presented at or before the hearing on this Motion.

///

///

///

As required by Local Rule 37-1, the parties met and conferred in a good-faith attempt to resolve this dispute.

Dated: November 13, 2015

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Justin J. Chi

Attorney for Movants Lenovo (United States) Inc. Holding Company, Inc. and Lenovo (United States) Inc.