ERIC KLEIN
*eklein@akingump.com*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone:   214-969-2800
Facsimile:   214-969-4343

Attorney for Movants
*Lenovo Holding Company Inc. and Lenovo (United States) Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| LENOVO HOLDING COMPANY INC. and LENOVO (UNITED STATES) INC.<br><br>Movants,<br><br>vs.<br><br>ACACIA RESEARCH CORP. and<br><br>ACACIA RESEARCH GROUP LLC<br><br>Non-Movant. | Case No.<br><br>(District of Delaware Case No. 13-2108-RGA)<br><br>**DECLARATION OF ERIC J. KLEIN IN SUPPORT OF LENOVO'S AND LG'S MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA**<br><br>Discovery Cutoff Date:  12/04/15<br>Pretrial Conference Date: 10/14/16<br>Trial Date:  10/24/16 |

KLEIN DECL. IN SUPPORT OF
LENOVO'S AND LG'S MOTION TO COMPEL

ActiveUS 146840576v.1

## DECLARATION OF ERIC J. KLEIN

1. I am an attorney at the law firm of Akin Gump Strauss Hauer & Feld LLP, attorney for Defendants Lenovo Holding Company Inc. and Lenovo (United States) Inc. (collectively "Lenovo") in this matter. I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Movants' Subpoena to Acacia Research Corp., dated July 9, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of Dkt. No. 123, *Microsoft Corp. v. Acacia Research Corp.*, No. 13-8275 (SDNY).

4. Attached hereto as Exhibit C is a true and correct copy of the Letter from Lenovo to Acacia dated October 9, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of Dkt. No. 113, *Microsoft Corp. v. Acacia Research Corp.*, No. 13-8275 (SDNY).

6. Attached hereto as Exhibit E is a true and correct copy of the Rambus Delaware LLC Patent Assignment to Acacia Research Corp.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiffs' Presentation Regarding Hearing on Defendants' Motion for Stay at 18, dated October 19, 2015.

8. Attached hereto as Exhibit G is a true and correct copy of Dkt. No. 38, *Microsoft Corp. v. Acacia Research Corp.*, No. 13-8275 (SDNY).

9. During the October 19, 2015, conference of counsel, Movants proposed to resolve the dispute by requesting that Acacia produce any actual or contemplated agreements relating to the Patents-in-Suit in unredacted form. Acacia refused, claiming that the Microsoft agreement and agreements similar to the Microsoft agreement were not relevant or likely to lead to relevant information.

10. During the October 22, 2015, conference of counsel, Acacia

1  confirmed that it did not provide the Microsoft agreement or any similar
2  agreements to Plaintiffs.
3      11.    Attached hereto as Exhibit H is a true and correct copy of the Letter
4  from Acacia to Lenovo dated October 22, 2015.
5      12.    Attached hereto as Exhibit I is a true and correct copy of Dkt. No.
6  128, *Microsoft Corp. v. Acacia Research Corp.*, No. 13-8275 (SDNY).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2015, at Dallas, Texas.

                                                /s/ *Eric J. Klein*
                                                   Eric J. Klein