# EXHIBIT G

[redacted]

[redacted]

[redacted]

Case 1:13-cv-08275-PAC Document 58 Filed 05/12/14 Page 4 of 10

[redacted]

[redacted]

[redacted]

[redacted]

Complaint, including attorneys' fees, to the extent available; and

D.      For such other relief as the Court deems just and proper.

Dated: May 12, 2014          STRADLING, YOCCA, CARLSON, & RAUTH, P.C.

                                Marc J. Schneider
                                STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
                                660 Newport Center Drive, Suite 1600
                                Newport Beach, CA 92660
                                Telephone: (949) 725-4000
                                Facsimile: (949) 725-4100
                                mschneider@sycr.com

                              HERRICK, FEINSTEIN LLP

                                __s/ Steven D. Feldman_____
                                Scott E. Mollen
                                Steven D. Feldman
                                HERRICK, FEINSTEIN LLP
                                2 Park Avenue
                                New York, N.Y. 10016
                                Telephone: (212) 592-1420
                                Facsimile: (212) 545-2311
                                sfeldman@herrick.com

                              Attorneys for Defendant Acacia Research Corporation

EXHIBIT G

## CERTIFICATE OF SERVICE

I certify that on May 12, 2014, the foregoing document(s):

**DEFENDANT ACACIA RESEARCH CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**

was/were served on all parties or their counsel of record through the CM/ECF system.

<div style="text-align:right">
s/ Steven D. Feldman<br>
Steven D. Feldman
</div>

EXHIBIT G