JUSTIN CHI (SBN 288252)
jjchi@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4624
Telephone:    214.969.2800
Facsimile:     214.969.4343

Attorney for Lenovo Holding Company, Inc. and
Lenovo (United States) Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO HOLDING COMPANY, INC. and LENOVO (UNITED STATES) INC. <br><br> LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC. <br><br> Movants, <br><br> v. <br><br> ACACIA RESEARCH CORP. and ACACIA RESEARCH GROUP LLC, <br><br> Non-Movants. | Case Nos. <br><br> (District of Delaware Case No. 13-2108-RGA) <br><br> (District of Delaware Case No. 13-2109-RGA) <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS** <br><br> DATE: <br> TIME: <br> DEPT.: <br><br> Fact Discovery Cutoff: 12/04/15 <br> Pretrial Conference Date: 10/14/16 <br> Trial Date: 10/24/16 |

TO THE COURT, ACACIA, AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 37, that Movants LG Electronics Inc.; LG Electronics U.S.A., Inc.; LG Display Co., Ltd.; and LG Display America, Inc. (collectively, "LG"); Lenovo Holding Company, Inc.; and Lenovo (United States) Inc. (collectively, "Lenovo"), are aware of the following actions in other districts, which involve all or a material part of the subject matter of the instant action:

1. *Delaware Display Group LLC, et al v. Lenovo Holding Company Inc., et al*, Case No. 1:13-cv-02108-RGA (United States District Court District of Delaware), filed December 31, 2013.

2. *Delaware Display Group LLC, et al v. LG Electronics Inc., et al*, Case 1:13-cv-02109-RGA (United States District Court District of Delaware), filed December 31, 2013.

3. *Delaware Display Group LLC, et al v. VIZIO Inc., et al*, Case 1:13-cv-02112-RGA (United States District Court District of Delaware), filed December 31, 2013.

Dated: November 13, 2015          AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Justin J. Chi

Attorney for Movants Lenovo (United States) Inc. Holding Company, Inc. and Lenovo (United States) Inc.