Justin J. Chi (SBN: 288252)
jjchi@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75206
Tel: (214) 969-2800
Fax: (214) 969-4343

Attorneys for Movants
*Lenovo Holding Co., Inc. and*
*Lenovo (United States) Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOVO HOLDING COMPANY, INC. and LENOVO (UNITED STATES) INC.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.<br><br>Movants,<br><br>v.<br><br>ACACIA RESEARCH CORP. and ACACIA RESEARCH GROUP LLC,<br><br>Respondents. | Case No. 8:15-cv-00032<br><br>(District of Delaware Case No.1:13-2108-RGA)<br><br>(District of Delaware Case No.1: 13-2109-RGA)<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBIT E TO THE DECLARATION OF ERIC J. KLEIN IN SUPPORT OF LENOVO'S AND LG'S MOTION TO COMPEL ACACIA TO COMPLY WITH SUBPOENA**<br><br>Hearing Date:<br>Time:<br>Courtroom:<br>Judge:     Hon. Douglas F. McCormack |

207511754 v1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Movants Lenovo (United States) Inc. and Lenovo Holding Company, Inc. (collectively, "Lenovo") hereby apply for an order allowing Lenovo to file under seal **Exhibit E** to the Declaration of Eric J. Klein in Support of Lenovo's and LG's Motion to Compel Acacia to Comply with Subpoena ("Klein Declaration"), in accordance with Local Rule 79-5.1.

The pending Motion to Compel by Lenovo and LG Electronics Inc., LG Electronics U.S.A, Inc., LG Display Co., Ltd., and LG Display America, Inc. (collectively, "LG") against Acacia Research Group LLC and Acacia Research Corporation (collectively, "Acacia") relates to underlying patent cases filed by Delaware Display Group LLC and Innovative Display Technologies LLC ("Plaintiffs") against Lenovo, LG, VIZIO Inc., and Vizio, Inc. in the District of Delaware. (*Delaware Display Group LLC, et al. v. Lenovo Holding Co., Inc.*, *et al.*, Case No.1:13-2108; *Delaware Display Group LLC, et al. v. LG Electronics Inc.*, *et al.*, Case No.1:13-2109; *Delaware Display Group LLC, et al. v. VIZIO Inc.*, *et al.*, Case No.1:13-2112). On June 29, 2015, the Delaware Court entered a Protective Order (Dkt. No. 58), which is attached hereto as Exhibit A.

The Protective Order permits the parties to designate as confidential information "information or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or Third Party to whom the Party reasonably believes it owes an obligation of confidentiality with respect to such document." Protective Order ¶ 1. Under the Protective Order, the parties have agreed to apply to file such confidential information under seal. *See* Protective Order ¶ 15. Documents designated confidential presumably contain trade secret, confidential, and sensitive information including marketing plans and studies, consumer research, and other

strategic business information.

**Exhibit E** is an agreement that is designated by Plaintiffs as confidential.

Based on this designation, Lenovo applies to file this document under seal. Because of the protective order and the presumed sensitive nature of this information, good cause exists to approve the parties' application to file under seal. *See*, e.g., *Kamakana v. City and Cnty. Of Honolulu*, 447 F. 3d 1172, 1180 (9th Cir. 2006).

For the foregoing reasons, Lenovo respectfully requests the Court grant its application to file under seal **Exhibit E** to the Klein Declaration in Support of Lenovo's and LG's Motion to Compel.

Dated: November 17, 2015

                                       By: */s/ Justin J. Chi*
                                                   Justin J. Chi
                                                   Attorneys for Movants Lenovo Holding Company, Inc. and Lenovo (United States) Inc.