# EXHIBIT 8



**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6422
SYCR.COM

*CALIFORNIA*
NEWPORT BEACH
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SANTA BARBARA
SANTA MONICA

*COLORADO*
DENVER

*NEVADA*
RENO

JESSICA MULLEN
949.725.4081
JMULLEN@SYCR.COM

October 2, 2015

**By Email and U.S. Mail**

Robert G. Pluta
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
rpluta@mayerbrown.com

Re:   *Third Party Subpoenas to Acacia Research Corporation ("ARC") and Acacia Research Group, LLC ("ARG") in Connection With Delaware Display Group LLC, et al., v. LG Electronics Inc., et al., Civ. A. No. 13-2109-RGA (D. Del.)*

Dear Mr. Pluta:

This letter responds to your letters of September 24 and 25, 2015 regarding our meet and confer calls of September 17 and 18, 2015, and the responses of ARC and ARG to the document subpoenas (the "Subpoenas") issued by Defendant LG Display Co., Ltd. and all other Defendants listed in Attachment A to the Subpoenas ("Defendants").

Pursuant to our agreement, the enclosed document productions responsive to Request Nos. 30 and 32 are on behalf of ARC bearing Bates-numbers ARC0000001-ARC0000004 and ARG bearing Bates-numbers ARG0000001-ARG0000020.  The documents contained in these productions have been designated "Highly Confidential – Attorneys' Eyes Only."  ARC and ARG's production are subject to the existing orders in the underlying case, including but not limited to the protective order, and accordingly we request confidential treatment of the documents pursuant to the protective order.

As an initial matter, Defendants' demand in your letter of September 24 that ARC and ARG produce "in no case later than October 2, 2015—documents in the [ten] aforementioned categories" was not raised during our meet and confer calls.  Moreover, October 2 is an unreasonable date.  As agreed to during our calls, ARC and ARG have herewith produced documents responsive to Request Nos. 30 and 32.  ARC and ARG remain willing to further meet and confer with respect to Defendants' outstanding demands; ARC and ARG's positions are set forth in greater detail in my letter of September 24.

Next, as I have reiterated during our meet and confer calls and in my letter of September 24, Delaware Display Group LLC ("DDG") and Innovative Display Technologies ("IDT," collectively with DDG, "Plaintiffs") have possession, custody, and control over *all* documents pertaining to the

Robert G. Pluta
October 2, 2015
Page Two

Patents-in-Suit.[1]  In your series of meet and confer letters and our multiple meet and confer calls, Defendants have made no assertion regarding any deficiency in DDG's or IDT's document productions that would justify requiring corporate parents, ARC or ARG, to undergo a second or third search for and production of documents pertaining to the Patents-in-Suit. Indeed, such unreasonable and burdensome demands undermine the clear directives of the Federal Rules.

Demanding ARC and ARG to undergo the time and cost to search for and re-produce *identical* documents is "unreasonably cumulative or duplicative," since these documents "can be [and have been] obtained from some other source that is more convenient, less burdensome, or less expensive."  *See* Fed. R. Civ. P. 26(b)(2)(C); *see also* Fed. R. Civ. P. 45(d).  In fact, a magistrate judge in the Eastern District of Texas recently denied a motion to compel ARG to produce the same type of duplicative documents Defendants' claim is warranted here.  *See Adaptix, Inc. v. Alcatel-Lucent USA, Inc., et al.*, Nos. 6:12-cv-22, 6:12-cv-122, 6:12-cv-00123 (E.D. Tex. Aug. 14, 2014) (order denying motion to compel third-party Acacia Research Group, LLC to produce documents that a party had already produced in the underlying litigation). A copy of the decision is enclosed for your review.

The *Adaptix* decision is consistent with decisions of other courts refusing to compel third parties to produce documents available to party opponents in other similar circumstances.  *See, e.g.*, *Haworth, Inc. v. Herman Miller, Inc.*, 998 F.2d 975, 977-78 (Fed. Cir. 1993) (requiring party to seek discoverable material from party opponent prior to commencing ancillary proceeding against nonparty for purposes of obtaining relevant documents); *Nidec Corp. v. Victor Co.*, 249 F.R.D. 575, 576-77 (N.D. Cal. 2007) (granting motion to quash third-party subpoena where "the vast majority of the discovery sought . . . is discovery obtainable from a source more direct, convenient and less burdensome – namely, from Defendants"); *Additives Antitrust Litig.*, No. 03-2038, 2005 U.S. Dist. LEXIS 47979, at *12 (E.D. Pa. Aug. 9, 2005) (quashing subpoena that was "unduly burdensome because . . . the desired documentation [was] obtainable from a more convenient source—the class plaintiffs"; holding that "because plaintiffs . . . possess all documents requested pursuant to the subpoena, it is more convenient and less burdensome to seek such documentation from plaintiffs than from [the third-party].") (citing Fed. R. Civ. P. 26(b)(2)).[2]

Defendants have also made no assertion or suggested any evidence that ARC or ARG may have unique documents concerning the Patents-in-Suit.  In *Amini Innovation Corp. v. McFerran Home Furnishings, Inc.*, 300 F.R.D. 406 (C.D. Cal. 2014), the court quashed defendant's subpoena to a non-party after, among other things, determining that the defendant failed to show that the same information was not obtainable from party witnesses.  300 F.R.D. 406, 412 n. 6.

Instead, Defendants have demanded that ARC and ARG "simply a) reproduce those documents provided to Plaintiffs via the shared database; and/or b) provide an index of those

---

[1]  As used herein, the term, "Patents-in-Suit" refers to U.S. Patent Nos. 7,384,177; 7,404,660; 7,434,973; 7,434,974; 7,537,370; 7,914,196; and 8,215,816.

[2]  *See also First Aviation Servs. v. Gulf Ins. Co.*, 205 F.R.D. 63, 69 (D. Conn. 2001) (denying motion to compel production of documents from third-party because defendant possesses documents sought by plaintiff).

Robert G. Pluta
October 2, 2015
Page Three

documents, identified by Plaintiffs' Bates number, which Acacia provided to Plaintiffs."  Defendants have further contended that the "unreasonableness of Acacia's position is underscored by the fact" that DDG and IDT have allegedly produced "less than 600 documents."  However, as we discussed during our calls, as indicated by counsel for Plaintiffs DDG and IDT, and as set forth in my letter of September 24, it is our understanding that DDG and IDT's document productions are ongoing.

Nonetheless, without waiving any objections ARC and ARG are willing to further meet and confer regarding Defendants' proposed alternative or other less burdensome solutions than mere duplication of the production already made by Plaintiffs in the underlying litigation.

Lastly, ARC and ARG will serve forthcoming formal responses to Defendants' supplemental document and deposition subpoenas served on September 22, 2015.  Naturally, we are willing to meet and confer regarding those responses if Defendants have any questions.

Very truly yours,

Jessica Mullen
STRADLING YOCCA CARLSON & RAUTH, P.C.

cc:     Jeffery Bragalone (email only - jbragalone@bcpc-law.com)
        Justin Kimble (email only - jkimble@bcpc-law.com)

Enclosures

# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-22 |
| | § | |
| ALCATEL-LUCENT USA, INC. , | § | |
| ET AL. | § | |

---

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-122 |
| | § | |
| ALCATEL-LUCENT USA, INC. , | § | |
| ET AL. | § | |

---

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:12-cv-123 |
| | § | |
| ALCATEL-LUCENT USA, INC. , | § | |
| ET AL. | § | |

## <u>ORDER</u>

The above-referenced causes of action were referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motions are before the Court: (1) Emergency Motion of Defendant Alcatel-Lucent USA, Inc. to Compel Documents from Third Party Acacia Research Group, LLC (Docket Entry #s 196, 187 & 171); and (2) Emergency Motion of Defendant Alcatel-Lucent USA, Inc. to Compel Third Party Acacia Research Group, LLC to Produce a 30(b)(6) Witness to Address Certain Topics (Docket Entry #s 198, 189 & 173). The Court, having reviewed the relevant briefing, is of the opinion the motions should be **DENIED**.

These are patent infringement cases alleging infringement of five United States patents. Defendant Alcatel-Lucent USA, Inc. ("ALU") seeks an Order compelling non-party Acacia Research Group, LLC ("Acacia") to produce all non-privileged documents in its possession responsive to 42 document requests and to produce an agreement between Acacia and Nokia Siemens Networks ("Nokia"). According to ALU's reply, Nokia produced the particular agreement to ALU in response to a subpoena, mooting that issue.

Regarding the 42 document requests, Acacia explained its connection to Adaptix as follows, asserting it should not be required to re-analyze more than 60,000 documents in order to essentially reproduce what ALU has already received from Acacia's subsidiary, plaintiff Adaptix, Inc. ("Adaptix").

> [Acacia] acquired Adaptix as a going concern in January 2012. Adaptix, as a fully-functioning company before the acquisition, retained possession of its documents post-acquisition. To the extent [Acacia] generated, or received, documents concerning Adaptix or the patents-in-suit, those have been made available to Adaptix and its counsel. Adaptix has undertaken a review of those documents for purposes of discovery in this action. To date, Adaptix has produced, or is producing, more than one million documents to ALU, which include more than 11,000 of the documents that [Acacia] provided access to. In order to comply with ALU's demands, [Acacia] must familiarize itself with the facts and technical specifications relating to this patent infringement case, and its counsel must analyze the over 60,000 documents it already provided to Adaptix for analysis. Ultimately, ALU will likely receive the same set of documents from [Acacia] that it has already obtained from Adaptix. Again, this endeavor will require substantial attorney time and resources and would not benefit any party.

(Cause No. 6:12cv22, Docket Entry #208 at pg. 7).

In its reply, ALU states Acacia has not verified that Adaptix has in fact produced all of the responsive Acacia documents that ALU has requested. In the surreply, Acacia represents Adaptix has now confirmed that all responsive non-privileged documents have been produced to ALU.

According to Acacia, Adaptix made a further supplemental production on June 26, 2014, and Adaptix's counsel has specifically confirmed in a declaration that all responsive non-privileged documents originating from Acacia that are in Adaptix's possession, custody, or control have been produced to ALU in this litigation. (Ercolini Decl., ¶3). Considering the representations of Acacia and Adaptix, ALU has no need for a duplicate production from Acacia which would impose an unnecessary and costly burden on non-party Acacia. The Court denies ALU's motion to compel documents from Acacia.

ALU also seeks an Order compelling Acacia to produce a Rule 30(b)(6) witness to address four topics (Topic Nos. 7, 15, 24, and 29). According to ALU's reply, most of the issues raised in the motion to compel were mooted by a deposition of Curtis Dodd, who testified in his capacity as corporate representative of Adaptix and Acacia. Regarding the one remaining issue, ALU states Acacia instructed Mr. Dodd not to answer a series of questions related to a patent purchase agreement between Acacia and Nokia.[1]

According to Acacia, ALU has failed to identify how the Nokia patent purchase agreement is relevant. In its reply, ALU merely states that the patent purchase agreement "may be relevant to the damage analysis in this case." (Cause No. 6:12cv22, Docket Entry #223 at pg. 2). The Court is not persuaded the patent purchase agreement is relevant. Therefore, the Court denies ALU's

---

[1] According to ALU's reply, testimony regarding the patent purchase agreement is encompassed by Topic No. 15, which seeks testimony regarding Acacia's policies and practices regarding license negotiations and settlements. In the briefing before the Court, Acacia states the agreement with Nokia is not a license of patent rights to a third party nor does it involve the patents-in-suit. Rather, the purchase agreement involved the acquisition of unrelated patents.

request to order Acacia to produce a witness that will answer questions related to the patent purchase agreement.[2]

 Based on the foregoing, it is

**ORDERED** that Emergency Motion of Defendant Alcatel-Lucent USA, Inc. to Compel Documents from Third Party Acacia Research Group, LLC (Docket Entry #s 196, 187 & 171); and (2) Emergency Motion of Defendant Alcatel-Lucent USA, Inc. to Compel Third Party Acacia Research Group, LLC to Produce a 30(b)(6) Witness to Address Certain Topics (Docket Entry #s 198, 189 & 173) are **DENIED**.

**SIGNED this 14th day of August, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[2] Alternatively, ALU seeks an order barring Adaptix and its damage expert from referring to, or in any way relying upon, the Nokia purchase agreement or any related information that Adaptix or its parent company, Acacia, withheld from ALU.  ALU's alternative request is unclear about what the term "related information" encompasses.  To the extent a specific issue arises, ALU may raise the issue with the Court at that time.

<u>CONFIDENTIAL</u>



*RR Investments LLC is the General Partner of Acacia Intellectual Property Fund L.P.  Acacia Research Corporation is the Limited Partner

Highly Confidential - Attorneys' Eyes Only

ARC0000001

## ACACIA RESEARCH GROUP LLC SUBSIDIARIES

### A-I

| | | |
|---|---|---|
| 3D Design Solutions LLC | Cell and Network Selection LLC | Digital Security Systems LLC |
| 3 Degrees LLC | Celltrace LLC | Digitech Image Technologies LLC |
| Acacia-Ren Patent Company LLC | Cellular Communications Equipment LLC | DN Lookup Technologies LLC |
| Accuhale LLC | CeraMedic LLC | DNT LLC |
| Adaptive Sonics LLC | Chalumeau Power Systems LLC | Document Generation Corporation |
| Adaptix, Inc. | Child Protect Limited Liability Company (NJ) | Document Management Systems LLC |
| AdjustaCam LLC | Child Protect LLC (Texas) | DRAM Memory Technologies LLC |
| Advanced Data Access LLC | Chip Packaging Solutions LLC | DRAM MemTech LLC |
| Advanced Encoding Solutions LLC | Chipsys Integration LLC | DRAM Technologies LLC |
| Advanced Printing Solutions LLC | Compression Technology Solutions LLC | Dynamic 3D Geosolutions LLC |
| Advanced Processor Technologies LLC | Computer Docking Station Corporation | Dynamic Transmission Technologies LLC |
| Advanced Radiation Therapy LLC | Computer Software Protection LLC | EDTOne Holdings LLC |
| subsidiaries of this company) | Contacts Synchronization Corporation | Efficient Online Purchasing LLC |
| Aldav LLC | Content Delivery Solutions LLC | Endotach LLC |
| American Vehicular Sciences LLC | Convergent Media Solutions LLC | Energy IP LLC |
| Anti-Pinch Solutions LLC | Coronary Stent Visualization Corporation | EVM Systems LLC |
| ARG Medical Solutions LLC | Creative Internet Advertising Corporation | Express Card Systems LLC |
| Auto Label Systems LLC | Credit Card Fraud Control Corporation | Fast Memory Erase LLC |
| Auto-Completion Solutions LLC | Criminal Activity Surveillance LLC | Flexible Interface Solutions LLC |
| Auto-Dimensions LLC | CyRAM Solutions LLC | Freyburger LLC |
| Automated Facilities Management Corporation | Data Detection Systems LLC | Geocoding Solutions LLC |
| AutoText Technologies, Inc. | Data Engine Technologies LLC | Greenlight Technologies LLC |
| B.I. Systems LLC | Data Network Storage Corp. | GT Gaming LLC (f/k/a Gametek LLC) |
| Battle Toys LLC | Data Recovery Solutions LLC | High Resolution Optics Corporation |
| Brain Life LLC | Data Retrieval Technology LLC | Hospital Systems Corporation |
| Brilliant Optical Solutions LLC | Database Application Solutions LLC- VA | HVAC Modulation Technologies LLC |
| Business Process Modeling Solutions LLC | Database Application Solutions LLC- WA | Identity Verification Solutions LLC |
| Bypass Devices LLC | Database Records Management LLC | In-Depth Test LLC |
| Cardiac Valve Technologies LLC | Database Sync Solutions LLC | Industrial Print Technologies LLC |
| Cardio Access LLC | DataSpread LLC | Innovative Display Technologies LLC |
| Castlen Optometrics LLC | Delaware Display Group LLC | Innovative Drilling Solutions LLC |
| Catheter Ablation Solutions LLC | Diagnostic Systems Corporation | Interactive Data Collection LLC |
| Catheter Flushing LLC | Diamond Grading Technologies LLC | InterCarrier Communications LLC |

Highly Confidential - Attorneys' Eyes Only

**I-Z**

| | | |
|---|---|---|
| Internal Combustion Solutions LLC | Optical Memory Storage LLC | Site Update Solutions LLC |
| International Printer Corporation | Optimal Storage Solutions LLC | Smart Foundry Solutions LLC |
| Internet Communications Solutions LLC | Optimum Content Protection LLC | Smart Memory Solutions LLC |
| Internet Coupon Solutions LLC | Optimum Power Solutions LLC | Smart Showers LLC |
| Kellstrom Integration Solutions LLC | Optimum Processing Solutions LLC | Smartphone Technologies LLC |
| Labyrinth Optical Technologies LLC | OptoTech Solutions LLC | Smooth Impact LLC |
| Lambda Optical Solutions LLC | O.S. Security LLC | Software Restore Solutions LLC |
| LifePort Sciences LLC | PanaLogIn LLC | SOTA Semiconductor LLC |
| Lifescreen Sciences LLC | Parallel Processing Corporation | Spread Spectrum Screening LLC |
| LifeShield Sciences LLC | Parallel Separation Innovations LLC | Summit Data Systems LLC |
| Light Transformation Technologies LLC | Parking Security Systems Corporation | Super Interconnect Technologies LLC |
| Light Valve Solutions LLC | Parking Space Innovations LLC | Super Resolution Technologies LLC |
| Lighting Ballast Control LLC | Parthenon Unified Memory Architecture LLC | TaxVantage LLC |
| Location Based Services LLC | Portal Technologies LLC | Telecom Solutions LLC |
| LRG LLC | Priority Access Solutions Corporation | Teleconference Systems LLC |
| Media Recording Solutions LLC | Program Rewards Solutions LLC | Teleconnect Solutions LLC |
| Medical Monitoring and Paging LLC | Progressive Semiconductor Solutions LLC | Telematics Corporation |
| Mem Arch LLC | Promethean Insulation Technology LLC | Thermal Scalpel LLC |
| MEMTech LLC | Radiation Stabilization Solutions LLC | Trade Lock LLC |
| Mobile Billing Solutions LLC | Remote Infusion Company LLC | Unified Messaging Solutions LLC |
| Mobile Data Recognition Technology LLC | Resonant Biotechnologies LLC | Vachellia LLC |
| Mobile Enhancement Solutions LLC | Restricted Spending Solutions LLC | Vehicle Occupant Sensing Systems LLC |
| Multiservice Solutions LLC | Saint Lawrence Communications LLC | Vertical Analytics LLC |
| NavaTune LLC | Satellite Access Technologies LLC | Video Enhancement Solutions LLC |
| Netmonitor LLC | Screentone Systems Corporation | Video Streaming Solutions LLC |
| Network Gateway Solutions LLC | Secure Access Corporation | View 360 Solutions LLC |
| Network Presentation Solutions LLC | Semiconductor Packaging Technologies LLC | Web Collaboration Technologies LLC |
| Nevermore Solutions LLC | Semiconductor Technologies LLC | Web Tracking Solutions LLC |
| Nexus Display Technologies LLC | Service Reminder LLC | Webmap Technologies LLC |
| Non-Volatile Flash Memory LLC | Shared Memory Graphics LLC | Wireless Mobile Devices LLC |
| Nucleic Acid Purification Technologies LLC | Signal Enhancement Technologies LLC | Wireless Recognition Technologies LLC |

Highly Confidential - Attorneys' Eyes Only

**ACACIA GLOBAL ACQUISITION LLC**

**SUBSIDIARIES**

| |
|---|
| AV Technologies LLC |
| Broadcast Data Retrieval Corporation |
| Broadcast Innovation LLC |
| Computer Cache Coherency Corporation |
| Content Interactive LLC |
| Database Structures Inc. |
| Data Encryption Corporation |
| Data Innovation, LLC |
| Financial Systems Innovation LLC |
| Information Technology Innovation LLC |
| InternetAd Systems LLC |
| IP Innovation LLC |
| KY Data Systems LLC |
| Microprocessor Enhancement Corporation |
| New Medium LLC |
| Online News Link LLC |
| Peer Communications Corporation |
| Resource Scheduling Corporation |
| Spreadsheet Automation Corporation |
| TechSearch LLC |
| TransAuction LLC |
| VData LLC |

**ACACIA INTELLECTUAL PROPERTY FUND L.P.**

**SUBSIDIARIES**

| |
|---|
| Body Science LLC |
| Power Management Solutions LLC |
| SBS Magnetics LLC |

| **SAINT LAWRENCE COMMUNICATIONS LLC** |
|---|
| Saint Lawrence Communications GmbH |

**ADVANCED SKELETAL INNOVATIONS LLC**

**SUBSIDIARIES**

| |
|---|
| Bonutti Skeletal Innovations LLC |
| Bolt MRI Technologies LLC |

| **RBS INVESTMENTS** |
|---|
| RBS IP Investments |

Highly Confidential - Attorneys' Eyes Only

ARC0000004

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)
**Distribution of Royalty**
**Rambus Delaware LLC**
For License Fees Received in 4th Quarter, 2014

| Licensee | Cash Receipt | Gross Proceeds Received | APAC Costs | Net Proceeds | Net Proceeds | Cumulative Net Proceeds | Assignor share of Net Proceeds (%) | Assignor share of Net Proceeds ($) |
|---|---|---|---|---|---|---|---|---|
| Cumulative Net Proceeds, Beginning Balance (see last report of Distribution of Royalty) | | | | | | 10,647,176.37 | | |
| Licensee # 5-6 | 16-Oct-14 | $ 950,000.00 | $ 313,500.00 | $ 636,500.00 | $ 636,500.00 | $ 11,283,676.37 | 40% | $ 254,600.00 |
| Licensee # 7 | 7-Nov-14 | 6,000,000.00 | 2,757,978.78 | 3,242,021.22 | 3,242,021.22 | | | |
| | | | | Cumulative NP of up to $12MIL: 40% | | $ 716,323.63 | 40% | 286,529.45 |
| | | | | Cumulative NP of over $12MIL: 50% | | $ 2,525,697.59 | 50% | 1,262,848.80 |
| | | | | | | $ 14,525,697.59 | | |
| Licensee # 8 | 6-Nov-14 | 300,000.00 | 75,000.00 | 225,000.00 | 225,000.00 | 14,750,697.59 | 50% | $ 112,500.00 |
| Licensee # 9 | 12-Nov-14 | 250,000.00 | 82,500.00 | 167,500.00 | 167,500.00 | 14,918,197.59 | 50% | $ 83,750.00 |
| Licensee # 10 | 17-Dec-14 | 279,975.00 | 96,143.42 | 183,831.58 | 183,831.58 | 15,102,029.17 | 50% | $ 91,915.79 |
| Licensee # 11 | 11-Dec-14 | 500,000.00 | 165,000.00 | 335,000.00 | 335,000.00 | 15,437,029.17 | 50% | $ 167,500.00 |
| | | | | | | | Balance Due | 2,259,644.04 |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only          ARG0000001

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | |
|---|---|---|---|---|
| Total Recoveries received from **Licensee # 5** | | | $ | 450,000.00 |
| Total Recoveries received from **Licensee # 6** | | | | 500,000.00 |
| | | | | |
| | | | $ | 950,000.00 |
| | | nterest Calculation | | |
| **ARG Costs: Litigation Expenses** | | | | 0.00 |
| Delaware Display Group  LLC | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| Innovative Display Technologies LLC | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| | | | | |
| | | | | 0.00 |
| **Litigation Proceeds Net of Litigation Expenses** | | | $ | 950,000.00 |

REDACTED

| | | |
|---|---|---|
| | | - |
| *Net Proceeds after local counsel fees* | | 950,000.00 |
| | | 313,500.00 |

REDACTED

| | | | |
|---|---|---|---|
| Interest | | $ | 313,500.00 |
| | **Net Proceeds Calculation** | | |
| **ARG Costs: Nón-Litigation Expenses** | | | 0.00 |
| Delaware Display Group  LLC | 2014 *apply all expenses in licensee # 7* | | 0.00 |
| Innovative Display Technologies LLC | 2014 *apply all expenses in licensee # 7* | | 0.00 |
| | | $ | - |
| **Net Proceeds** | | $ | 636,500.00 |

| | | **Calculation of Final Distributions** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Fees | | | Expenses | | | |
| ARG sh | 60% | $ | 381,900.00 | + | $ | - | = | $ | 381,900.00 |
| Assignor sh | 40% | | 254,600.00 | + | | - | = | | 254,600.00 |
| REDACTED | 0% | | - | + | | - | = | | - |
| | 33% | | 313,500.00 | + | | - | = | | 313,500.00 |
| | | | | | | Total | $ | 950,000.00 |

| | |
|---|---|
| | - |
| | Cumulative Net Proceeds: |
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 (this settlement) | 636,500.00 |
| | 11,283,676.37 |
| Assignor share of Net Proceeds | 40% |

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*
*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                    ARG0000002

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | | |
|---|---|---|---|---|---|
| Total Recoveries received from **Licensee # 7** | | | | $ | 6,000,000.00 |
| | REDACTED | | | | |
| | | | | $ | 6,000,000.00 |
| | | | nterest Calculation | | |
| **ARG Costs: Litigation Expenses** | | | | | |
| Innovative Display Technologies LL | 2014 CONTINGENT LEGAL FEES | | Farnan fee re RPX (lic#3) | | 5,460.29 |
| | | | | | 5,460.29 |
| Delaware Display Group LLC | 2013 NONE | | | | 0.00 |
| Delaware Display Group LLC | 2014 CONSULTANTS | | | | 97.43 |
| | TRAVEL | | | | 322.96 |
| | FEDEX / UPS / AIRBORNE / DHL | | | | 37.31 |
| Innovative Display Technologies LL | 2014 LEGAL - PATENT LITIGATION AND LICENSING | | | | 648,169.51 |
| | CONSULTANTS | | | | 459,790.28 |
| | ENTERTAINMENT - MEALS | | | | 313.00 |
| | TRAVEL | | | | 8,867.90 |
| | CONFERENCE CALL | | | | 120.11 |
| | INDUSTRY RESEARCH | | | | 42,706.12 |
| | FEDEX / UPS / AIRBORNE / DHL | | | | 98.56 |
| | TELEPHONE | | | | 91.82 |
| | ON LINE SERVICES | | | | 117.90 |
| | | | | | 1,160,732.90 |
| | | | **Total** | | 1,166,193.19 |
| **Litigation Proceeds Net of Litigation Expenses** | | | | $ | 4,833,806.81 |

REDACTED

REDACTED

16,563.82

REDACTED

1,528,132.13

| | | | | | |
|---|---|---|---|---|---|
| | | | | $ | 1,544,695.94 |
| | | Net Proceeds Calculation | | | |
| **ARG Costs: Non-Litigation Expenses** | | | | | |
| Delaware Display Group LLC | 2013 PERMITS & FEES | | | | 320.00 |
| Delaware Display Group LLC | 2014 COMPUTER - SOFTWARE SUPPORT | | | | 153.75 |
| | PERMITS & FEES | | | | 154.83 |
| | TAXES & LICENSES | | REDACTED | | 250.00 |
| Innovative Display Technologies LL | 2014 PATENT ANNUITY / MAINTENANCE FEES | | | | 43,315.67 |
| | LEGAL - PATENT LITIGATION AND LICENSING | | | | 6,628.91 |
| | LEGAL PATENT PROSECUTION/REEXAM | | | | 1,616.78 |
| | PERMITS & FEES | | | | 110.00 |
| | | | | $ | 52,549.94 |
| **Net Proceeds** | | | | $ | 3,242,021.22 |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                    ARG0000003

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

### Calculation of Final Distributions

| | | | Fees | | | Expenses | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARG sh | 60% | $ | 429,794.18 | + | $ | 1,213,282.84 | = | $ | 1,643,077.02 |
| Assignor sh | 40% | | 286,529.45 | + | | - | = | | 286,529.45 |
| ARG sh | 50% | $ | 1,262,848.79 | + | | - | = | | 1,262,848.79 |
| Assignor sh | 50% | | 1,262,848.79 | + | | - | = | | 1,262,848.79 |
| REDACTED | | | 1,069,728.17 | + | | - | = | | 1,069,728.17 |
| | | | 266,035.02 | + | | - | = | | 266,035.02 |
| | | | - | + | | - | = | | - |
| | | | 16,563.82 | + | | - | = | | 16,563.82 |
| | | | 100,031.85 | + | | - | = | | 100,031.85 |
| | | | 92,337.09 | + | | - | = | | 92,337.09 |
| | | | | | | **Total** | | $ | 6,000,000.00 |
| | | | | | | | | | - |

| | Cumulative Net Proceeds: |
|---|---|
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 | 636,500.00 |
| Cumulative Net Proceeds (*before* Licensee / Settlement # 7) | 11,283,676.37 |
| *Threshold* | *12,000,000.00* |
| Net Proceeds | 716,323.63 |
| **Assignor share of Net Proceeds** | **40%** |
| Licensee / Settlement # 7 (this settlement) | 3,242,021.22 |
| Net Proceeds | 2,525,697.59 |
| **Assignor share of Net Proceeds** | **50%** |
| Cumulative Net Proceeds (*after* Licensee / Settlement # 7) | 14,525,697.59 |

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13, Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*

*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is  0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is  40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is  50% of Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | | |
|---|---|---|---|---|---|
| Total Recoveries received from **Licensee # 8** | | | | $ | 300,000.00 |
| REDACTED | | | | $ | 300,000.00 |

**Interest Calculation**

**ARG Costs: Litigation Expenses**

| | | | |
|---|---|---|---|
| Delaware Display Group LLC | 2014 | apply all expenses in licensee # 7 | 0.00 |
| Innovative Display Technologies LL | 2014 | apply all expenses in licensee # 7 | 0.00 |
| | | | 0.00 |

| | | |
|---|---|---|
| Litigation Proceeds Net of Litigation Expenses | $ | 300,000.00 |

REDACTED

REDACTED

| | | | |
|---|---|---|---|
| | = | $ | 75,000.00 |
| Interest | | $ | 75,000.00 |

**Net Proceeds Calculation**

**ARG Costs: Non-Litigation Expenses**

| | | | |
|---|---|---|---|
| Delaware Display Group LLC | 2014 | apply all expenses in licensee # 7 | 0.00 |
| Innovative Display Technologies LL | 2014 | apply all expenses in licensee # 7 | 0.00 |
| | | $ | - |

| | | |
|---|---|---|
| **Net Proceeds** | $ | 225,000.00 |

**Calculation of Final Distributions**

| | | | Fees | | | Expenses | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARG sh | 50% | $ | 112,500.00 | + | $ | - | = | $ | 112,500.00 |
| Assignor sh | 50% | | 112,500.00 | + | | - | = | | 112,500.00 |
| REDACTED | 26% | | 39,000.00 | + | | - | = | | 39,000.00 |
| | 24% | | 36,000.00 | + | | - | = | | 36,000.00 |
| | | | | | | Total | | $ | 300,000.00 |

| | |
|---|---|
| | - |

Cumulative Net Proceeds:

| | |
|---|---|
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 | 636,500.00 |
| Licensee / Settlement # 7 | 3,242,021.22 |
| Licensee / Settlement # 8 (this settlement) | 225,000.00 |
| | 14,750,697.59 |

| | |
|---|---|
| **Assignor share of Net Proceeds** | 50% |

Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13, Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:

(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds

(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds

(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only

ARG0000005

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | |
|---|---|---|---|---|
| Total Recoveries received from **Licensee # 9** | | | $ | 250,000.00 |
| REDACTED | | | $ | 250,000.00 |
| | | Interest Calculation | | |
| **ARG Costs: Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 apply all expenses in licensee # 7 | | | 0.00 |
| Innovative Display Technologies LL | 2014 apply all expenses in licensee # 7 | | | 0.00 |
| | | | | 0.00 |
| **Litigation Proceeds Net of Litigation Expenses** | | | $ | 250,000.00 |
| REDACTED | | | | - |
| | | Net Proceeds after local counsel fees | | 250,000.00 |
| | | | | 82,500.00 |
| REDACTED  Interest | | | $ | 82,500.00 |
| | | Net Proceeds Calculation | | |
| **ARG Costs: Non-Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 apply all expenses in licensee # 7 | | | 0.00 |
| Innovative Display Technologies LL | 2014 apply all expenses in licensee # 7 | | | 0.00 |
| | | | $ | - |
| **Net Proceeds** | | | $ | 167,500.00 |

| | | Calculation of Final Distributions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees | | | Expenses | | | | |
| ARG sh | 50% | $ | 83,750.00 | + | $ | - | = | $ | 83,750.00 |
| REDACTED | 50% | | 83,750.00 | + | | - | = | | 83,750.00 |
| | 0% | | - | + | | - | = | | - |
| | 33% | | 82,500.00 | + | | - | = | | 82,500.00 |
| | | | | | | Total | | $ | 250,000.00 |
| | | | | | | | | | - |

| | Cumulative Net Proceeds: |
|---|---|
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 | 636,500.00 |
| Licensee / Settlement # 7 | 3,242,021.22 |
| Licensee / Settlement # 8 | 225,000.00 |
| Licensee / Settlement # 9 (this settlement) | 167,500.00 |
| | 14,918,197.59 |
| Assignor share of Net Proceeds | 50% |

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*
*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                     ARG0000006

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | |
|---|---|---|---|---|
| Total Recoveries received from **Licensee # 10** | | | $ | 350,000.00 |
| Foreign Taxes Withheld (Taiwan) | | 20% | $ | (70,000.00) |
| Less Wire Fees | | | $ | (25.00) |
| ──────── REDACTED ──────── | | | | |
| | | | $ | 279,975.00 |

| interest Calculation | | | | |
|---|---|---|---|---|
| **ARG Costs: Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| Innovative Display Technologies LL | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| | | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **Litigation Proceeds Net of Litigation Expenses** | | | $ | 279,975.00 |

REDACTED

| | | |
|---|---|---|
| | | 5,599.50 |
| *Net Proceeds after local counsel fees* | | 274,375.50 |
| | | 90,543.92 |

REDACTED   terest

| | | $ | 96,143.42 |
|---|---|---|---|

| Net Proceeds Calculation | | | | |
|---|---|---|---|---|
| **ARG Costs: Non-Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| Innovative Display Technologies LL | 2014 *apply all expenses in licensee # 7* | | | 0.00 |
| | | | $ | - |

| | | | | |
|---|---|---|---|---|
| **Net Proceeds** | | | $ | 183,831.59 |

**Calculation of Final Distributions**

| | | Fees | | Expenses | | | |
|---|---|---|---|---|---|---|---|
| ARG sh | 50% | $ | 91,915.79 | + | $ | 25.00 | = | $ | 91,940.79 |
| Assignor sh | 50% | | 91,915.79 | + | - | = | 91,915.79 |
| REDACTED | 2% | | 5,599.50 | + | - | = | 5,599.50 |
| | 33% | | 90,543.92 | + | - | = | 90,543.92 |
| | 20% | | 70,000.00 | + | - | = | 70,000.00 |

| | | | | | Total | $ | 350,000.00 |
|---|---|---|---|---|---|---|---|

| | Cumulative Net Proceeds: |
|---|---|
| | - |
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 (this settlement) | 636,500.00 |
| Licensee / Settlement # 7 | 3,242,021.22 |
| Licensee / Settlement # 8 | 225,000.00 |
| Licensee / Settlement # 9 | 167,500.00 |
| Licensee / Settlement # 10 (this settlement) | 183,831.59 |

| | 15,102,029.17 |
|---|---|

| Assignor share of Net Proceeds | 50% |
|---|---|

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*

*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only

ARG0000007

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | |
|---|---|---|---|---|
| Total Recoveries received from **Licensee # 11** | | | $ | 500,000.00 |
| REDACTED | | | $ | 500,000.00 |
| Interest Calculation | | | | |
| **ARG Costs: Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 | apply all expenses in licensee # 7 | | 0.00 |
| Innovative Display Technologies LL | 2014 | apply all expenses in licensee # 7 | | 0.00 |
| | | | | 0.00 |
| **Litigation Proceeds Net of Litigation Expenses** | | | $ | 500,000.00 |
| REDACTED | | | | - |
| | Net Proceeds after local counsel fees | | | 500,000.00 |
| | | | | 165,000.00 |
| REDACTED    Interest | | | $ | 165,000.00 |
| Net Proceeds Calculation | | | | |
| **ARG Costs: Non-Litigation Expenses** | | | | |
| Delaware Display Group LLC | 2014 | apply all expenses in licensee # 7 | | 0.00 |
| Innovative Display Technologies LL | 2014 | apply all expenses in licensee # 7 | | 0.00 |
| | | | $ | - |
| **Net Proceeds** | | | $ | 335,000.00 |

Calculation of Final Distributions

| | | Fees | | | Expenses | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARG sh | 50% | $ | 167,500.00 | + | $ | - | = | $ | 167,500.00 |
| Assignor sh | 50% | | 167,500.00 | + | | - | = | | 167,500.00 |
| REDACTED | 0% | | - | + | | - | = | | - |
| | 33% | | 165,000.00 | + | | - | = | | 165,000.00 |
| | | | | | | Total | | $ | 500,000.00 |
| | | | | | | | | | - |

| | Cumulative Net Proceeds: |
|---|---|
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 | 10,530,176.37 |
| Licensee / Settlement # 4 | - |
| Licensee / Settlement # 5-6 (this settlement) | 636,500.00 |
| Licensee / Settlement # 7 | 3,242,021.22 |
| Licensee / Settlement # 8 | 225,000.00 |
| Licensee / Settlement # 9 | 167,500.00 |
| Licensee / Setliement # 10 | 183,848.00 |
| Licensee / Settlement # 11 (this settlement) | 335,000.00 |
| | 15,437,045.59 |

| Assignor share of Net Proceeds | 50% |
|---|---|

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*
*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                    ARG0000008

**INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)**
Distribution of Royalty
**Rambus Delaware LLC**
For License Fees Received in 1st Quarter, 2015

| Licensee | Cash Receipt | Gross Proceeds Received | ARG Costs | Net Proceeds | Assignor share of Net Proceeds (%) | Assignor share of Net Proceeds ($) | |
|---|---|---|---|---|---|---|---|
| 1 Licensee # 12 | 2-Jan-15 | 422,750.00 | 139,507.50 | 283,242.50 | 50% | $ | 141,621.25 |
| 2 Licensee # 13 | 12-Jan-15 | 312,500.00 | 312,500.00 | - | 50% | $ | - |
| 3 Licensee # 14 | 18-Mar-15 | 3,000,000.00 | 1,490,215.50 | 1,509,784.50 | 50% | $ | 754,892.25 |
| | | | | | Balance Due | | 896,513.50 |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only

ARG0000009

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Recoveries received from **License # 12** | | | | | | | $ | 422,750.00 |
| | | | | | | | $ | 422,750.00 |

Interest Calculation

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ARG Costs: Litigation Expenses** | | | | | | | | | |
| *Delaware Display Group LLC* | | | | | | | | | |
| *Innovative Display Technologies LLC* | | | | | | | | | |
| | | | | | | | | 0.00 |
| **Litigation Proceeds Net of Litigation Expenses** | | | | | | | $ | 422,750.00 |

REDACTED

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - |
| | | | | | | | | 422,750.00 |
| | | | | | | | | 139,507.50 |

REDACTED

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| terest | | | | | | | $ | 139,507.50 |

Net Proceeds Calculation

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ARG Costs: Non-Litigation Expenses** | | | | | | | | | |
| *Delaware Display Group LLC* | | | | | | | | | |
| *Innovative Display Technologies LLC* | | | | | | | | | |
| | | | | | | | $ | - |
| **Net Proceeds** | | | | | | | $ | 283,242.50 |

Calculation of Final Distributions

| | | Fees | | | Expenses | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARG sh | 50% | $ | 141,621.25 | + | $ | - | = | $ | 141,621.25 |
| Assignor sh | 50% | | 141,621.25 | + | | - | = | | 141,621.25 |
| REDACTED | 0% | | - | + | | - | = | | - |
| | 33% | | 139,507.50 | + | | - | = | | 139,507.50 |
| | | | | | | **Total** | | $ | 422,750.00 |
| | | | | | | | | | - |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                    ARG0000010

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | |
|---|---|---|---|
| Total Recoveries received from **License # 13** | | $ | 312,500.00 |
| REDACTED | | $ | 312,500.00 |
| | Interest Calculation | | |
| **ARG Costs: Litigation Expenses** | | | |
| *Innovative Display Technologies LL* 2015 LEGAL - PATENT LITIGATION AND LICENSING | | | 35.41 |
| | | | 35.41 |
| **Litigation Proceeds Net of Litigation Expenses** | | $ | 312,464.59 |
| | | | 9,373.94 |
| | | | 68,742.21 |
| | | $ | 78,116.15 |
| **Contingent Fee Interest** | | $ | 78,116.15 |
| | Net Proceeds Calculation | | |
| **ARG Costs: Non-Litigation Expenses** | | | |
| *Innovative Display Technologies LL* 2014 LEGAL - PATENT LITIGATION AND LICENSING | | | 234,348.44 |
| | | $ | 234,348.44 |
| **Net Proceeds** | | $ | 0.00 |

| Calculation of Final Distributions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | FEES | | | ARG COSTS | | | |
| ARG sh | 50% | $ | 0.00 | + | $ | 234,383.85 | = | $ 234,383.85 |
| Assignor sh | 50% | | 0.00 | + | | - | = | 0.00 |
| REDACTED | 26% | | 40,620.40 | + | | - | = | 40,620.40 |
| | 24% | | 37,495.75 | + | | - | = | 37,495.75 |
| | | | | | | Total | $ | 312,500.00 |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only

ARG0000011

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | | |
|---|---|---|---|---:|
| Total Recoveries received from **Licensee # 14** | | | $ | 3,000,000.00 |
| REDACTED | | | $ | 3,000,000.00 |

Interest Calculation

**ARG Costs: Litigation Expenses**

| | | | |
|---|---|---|---:|
| *Innovative Display Technologies LL* | 2014 | LEGAL | 234,348.44 |
| | | | 234,348.44 |
| *Innovative Display Technologies LL* | 2014 | LEGAL | 132,920.55 |
| | | CONSULTANTS | 7,028.16 |
| | | INDUSTRY RESEARCH | 4,826.24 |
| *Innovative Display Technologies LL* | 2015 | LEGAL | 601,103.49 |
| | | CONSULTANTS | 53,766.19 |
| | | TRAVEL | 925.30 |
| | | CONFERENCE CALL | 56.59 |
| | | PERMITS & FEES | 85.00 |
| | | INDUSTRY RESEARCH | 3,172.53 |
| | | FEDEX / UPS / AIRBORNE / DHL | 137.19 |
| *Delaware Display Technologies LLC* | 2015 | PERMITS & FEES | 85.00 |
| | | | 804,106.24 |
| | | | 1,038,454.68 |

| | | |
|---|---|---:|
| **Litigation Proceeds Net of Litigation Expenses** | $ | 1,961,545.32 |

REDACTED

| | |
|---|---:|
| | - |
| | 1,961,545.32 |
| | 647,309.96 |

| | | |
|---|---|---:|
| **Contingent Fee Interest** | $ | 647,309.96 |

Net Proceeds Calculation

**ARG Costs: Non-Litigation Expenses**

| | | | |
|---|---|---|---:|
| *Delaware Display Group LLC* | 2015 | PERMITS & FEES | 23.33 |
| *Innovative Display Technologies LL* | 2015 | PATENT ANNUITY / MAINTENANCE FEES | 32,905.14 |
| | | LEGAL - PATENT LITIGATION AND LICENSING | 2,596.34 |
| | | Legal - IPR / Reexam | 3,274.49 |
| | | $ | 38,799.30 |

| | | |
|---|---|---:|
| **Net Proceeds** | $ | 1,509,784.50 |

Calculation of Final Distributions

| | | Fees | | | Expenses | | | |
|---|---|---:|---|---|---:|---|---|---:|
| ARG sh | 50% | $ 754,892.25 | + | $ | 842,905.54 | = | $ | 1,597,797.79 |
| Assignor sh | 50% | 754,892.25 | + | | - | = | | 754,892.25 |
| REDACTED | 0% | - | + | | - | = | | - |
| | 33% | 647,309.96 | + | | - | = | | 647,309.96 |
| | | | | | Total | | $ | 3,000,000.00 |
| | | | | | | | | - |

CONFIDENTIAL
DO NOT DISTRIBUTE

Highly Confidential - Attorneys' Eyes Only                    ARG0000012

**INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)**
**Distribution of Royalty**
**Rambus Delaware LLC**
**For License Fees Received in 3rd Quarter, 2014**

| Licensee | Cash Receipt | Gross Proceeds Received | APAC Costs | Net Proceeds | Cumulative Net Proceeds |
|---|---|---|---|---|---|
| 1 Licensee # 1 | 30-Apr-14 | $   510,000.00 | $   510,000.00 | $        - | $        - |
| 2 Licensee # 2 | 30-Jul-14 | 150,000.00 | 33,000.00 | 117,000.00 | 117,000.00 |
| 3 Licensee # 3 | 18-Aug-14 | 15,500,000.00 | 4,969,823.63 | 10,530,176.37 | 10,530,176.37 |

| | |
|---|---|
| **Cumulative Net Proceeds** | 10,647,176.37 |
| | |
| *Initial Payment* | 2,000,000.00 |
| *Additional payment* | 250,000.00 |
| *Total Recoupable Payments* | 2,250,000.00 |
| | |
| Cumulative Net Proceeds Net of Recoupable Payments | 8,397,176.37 |
| Assignor share of Net Proceeds (%) | 40% |
| **Assignor share of Net Proceeds ($)** | **$ 3,358,870.55** |

CONFIDENTIAL
DO NOT DISTRIBUTE

INNOVATIVE DISPLAY TECHNOLOG ES LLC (368)

DISTR BUTION CALC

| | | |
|---|---|---|
| Total Recoveries received from **Licensee # 1** | $ | 510,000.00 |
| REDACTED | $ | 510,000.00 |

**ARG Costs: Litigation Expenses**
*Innovative Display Technologies LL* REDACTED

| | | |
|---|---|---|
| | | 43,862.50 |
| | | 27,568.46 |
| | | 2,586.11 |
| | | 16,018.75 |
| | | 27,625.57 |
| | $ | 117,661.39 |

| | | |
|---|---|---|
| **Litigation Proceeds Net of Litigation Expenses** | $ | 392,338.61 |

REDACTED

| | | | |
|---|---|---|---|
| | Confirmed w/ E. Lucas | | |
| | 0.00% = | - | |
| | Net Proceeds after local counsel fees | 392,338.61 | |
| | 22.00% = | 86,314.49 | |

| | | |
|---|---|---|
| **Contingent Fee Interest** | $ | 86,314.49 |

**Net Proceeds Calculation**

**ARG Costs: Non-Litigation**
*Acacia Research Group LLC* REDACTED

| | |
|---|---|
| | 436.00 |
| | 8,650.00 |
| | 594.30 |
| | 7,225.00 |
| | 3,200.00 |
| | 500.87 |
| | 6,109.00 |
| | 2,101.65 |
| | 102.16 |
| | 27.78 |
| | 1,492.37 |
| | 2.12 |

*Innovative Display Technologies LL*

| | |
|---|---|
| | 66,882.00 |
| | 75,775.33 |
| | 17,479.08 |
| | 45,431.88 |
| | 255.33 |
| | 18,312.69 |
| | 574.54 |
| | 663.33 |
| | 40,207.81 |
| | 137.59 |
| | 6.11 |
| | 184.83 |
| | 9,672.35 |

| | | |
|---|---|---|
| | $ | 306,024.12 |

| | | |
|---|---|---|
| **Net Proceeds** | $ | (0.00) |

**Calculation of Final Distributions**

| | | Fees | | Expenses | | | |
|---|---|---|---|---|---|---|---|
| ARG sh | 100% | $ | (0.00) | + | $ | 423,685.51 | = | $ | 423,685.51 |
| Assignor sh | **0%** | | - | + | | - | = | - |
| Local Counsel sh | 0% | | - | + | | - | = | - |
| Lead Counsel sh RET 02/25/14 | 22% | | 86,314.49 | + | | - | = | 86,314.49 |
| | | | | | **Total** | | $ | 510,000.00 |
| | | | | | | | - |

| | |
|---|---|
| | Cumulative Net Proceeds: |
| Licensee / Settlement # 1 | (0.00) |
| | (0.00) |

| | | |
|---|---|---|
| | **Assignor share of Net Proceeds** | **0%** |

| | |
|---|---|
| *Initial Payment* | 2,000,000.00 |
| *Additional Payment* | 250,000.00 |
| **Total Payments** | **2,250,000.00** |

*ARG shall be reimbursed for the Initial Payment & Additional Payment from Net Proceeds*

Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:
(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds
(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds
(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds

CONFIDENTIAL
DO NOT DISTRIBUTE

ARG0000018

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)

DISTRIBUTION CALC

| | | | |
|---|---|---|---|
| **Total Recoveries received from Licensee # 2** | | $ | 150,000.00 |
| REDACTED | | $ | 150,000.00 |
| **ARG Costs: Litigation Expenses** | | | |
| *Innovative Display Technologies LL   2014* | | | - |
| | | $ | - |
| **Litigation Proceeds Net of Litigation Expenses** | | $ | 150,000.00 |

REDACTED

*Confirmed w/ E. Lucas*

| | | |
|---|---|---|
| REDACTED | | - |
| | | 150,000.00 |
| | | 33,000.00 |
| | $ | 33,000.00 |

**Net Proceeds Calculation**

| | | | |
|---|---|---|---|
| **ARG Costs: Non-Litigation Expenses** | | | |
| *Innovative Display Technologies LL   2014* | | | - |
| | | $ | - |
| **Net Proceeds** | | $ | 117,000.00 |

**Calculation of Final Distributions**

| | | Fees | | Expenses | | | |
|---|---|---|---|---|---|---|---|
| ARG sh | 100% | $ | - | + | $ | - | = | $ | - |
| ARG sh | | | 117,000.00 | + | | - | = | | 117,000.00 |
| REDACTED | | | - | + | | - | = | | |
| | | | - | + | | - | = | | |
| | | | 33,000.00 | + | | - | = | | 33,000.00 |
| | | | | | **Total** | | $ | 150,000.00 |

| | | |
|---|---|---|
| | | - |
| Cumulative Net Proceeds: | | |
| Licensee / Settlement # 1 | | - |
| Licensee / Settlement # 2 (this settlement) | | 117,000.00 |
| | | 117,000.00 |
| **Assignor share of Net Proceeds** | | **0%** |

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13. Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*
*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

| | |
|---|---|
| *Initial Payment* | 2,000,000.00 |
| *Additional Payment* | 250,000.00 |
| *Total Payments* | 2,250,000.00 |
| *Recouped from Licensee / Settlement # 1* | 0.00 |
| *Recouped from Licensee / Settlement # 2* | (117,000.00) |
| **Recoupable Balance (to be recouped in the next settlement) <A>** | **2,133,000.00** |

*<A>  Pursuant to 2nd Amendment to PAA Section 6, Total Recoveries shall be applied in the following order of priority: first to ARG in an amount equal to ARG Costs, then to ARG & Assignor in proportion to their respective shares of Net Proceeds, provided that ARG is reimbursed for the Initial Payment & Additional Payment from Net Proceeds*

INNOVATIVE DISPLAY TECHNOLOGIES LLC (368)
DISTRIBUTION CALC

| | | |
|---|---|---|
| Total Recoveries received from **Licensee # 3** | $ | 14,500,000.00 |
| Total Recoveries received from **Licensee # 3 (sub license)** | | 1,000,000.00 |

REDACTED

| | $ | 15,500,000.00 |
|---|---|---|

**ARG Costs  Litigation Expenses**

REDACTED

*Innovative Display Technologies LL*  REDACTED

| | |
|---|---|
| | 75,775.33 |
| | 45,431.88 |
| | 255.33 |
| | 18,312.69 |
| | 574.54 |
| | 85.00 |
| | 40,207.81 |
| | 137.59 |
| | 6.11 |
| | 184.83 |
| | **180,971.11** |

*Innovative Display Technologies LL*

| | |
|---|---|
| | 131,587.50 |
| | 51,398.86 |
| | 158,426.96 |
| | 220,716.33 |
| | 111.64 |
| | 7,995.89 |
| | 346.62 |
| | 85.00 |
| | 76,746.07 |
| | 472.53 |
| | 48.75 |
| | 385,218.50 |
| | **1,033,154.65** |
| | **1,214,125.76** |

| **Litigation Proceeds Net of Litigation Expenses** | | *Confirmed w/ E. Lucas* | $ | 14,285,874.24 |
|---|---|---|---|---|
| *Local Counsels: Farnan LLP / Ward & Smith* | = | | | 5,460.29 |
| | | **Net Proceeds after local counsel fees** | = | 14,280,413.95 |
| *Lead Counsels: The Simon Law Firm / Bragalone Conroy / Ahmad Zavitsanos Anaipakos Alavi & Mensing* | = | | | 3,919,888.63 |
| **Contingent Fee Interest** | | | R | 3,925,348.92 |

**Net Proceeds Calculation**

REDACTED

| | |
|---|---|
| | 6,152.20 |
| | 5,167.86 |

| | $ | 11,320.06 |
|---|---|---|

| **Net Proceeds** | $ | 10,530,176.37 |
|---|---|---|

**Calculation of Final Distributions**

| | | Fees | | | Expenses | | | |
|---|---|---|---|---|---|---|---|---|
| ARG sh | 60% | $ | 5,038,305.82 | + | $ | 1,044,474.71 | = $ | 6,082,780.53 |
| ARG sh | | | 2,133,000.00 | + | | - | = | 2,133,000.00 |
| | | | 3,358,870.55 | + | | - | = | 3,358,870.55 |
| | | | 129,340.76 | + | | - | = | 129,340.76 |
| | | | 3,354,361.63 | + | | - | = | 3,354,361.63 |
| | | | 74,915.20 | + | | - | = | 74,915.20 |
| | | | 5,460.29 | + | | - | = | 5,460.29 |
| | | | 187,860.94 | + | | - | = | 187,860.94 |
| | | | 173,410.10 | + | | - | = | 173,410.10 |
| | | | | | **Total** | | $ | 15,500,000.00 |
| | | | | | | | | - |

REDACTED

| | Cumulative Net Proceeds: |
|---|---|
| Licensee / Settlement # 1 | - |
| Licensee / Settlement # 2 | 117,000.00 |
| Licensee / Settlement # 3 (this settlement) | 10,530,176.37 |
| | 10,647,176.37 |

| **Assignor share of Net Proceeds** | **40%** |
|---|---|

*Pursuant to Section 3.2 of the 2nd Amendment to the agreement effective 1/30/13, Rambus Delaware LLC ("Assignor") shall receive a continuing royalty equal to:*
*(1) for cumulative Net Proceeds up to & including $2,250,000, Assignor's share is 0% of Net Proceeds*
*(2) for cumulative Net Proceeds over $2,250,000 & up to $12MIL, Assignor's share is 40% of Net Proceeds*
*(3) for cumulative Net Proceeds over $12MIL, Assignor's share is 50% of Net Proceeds*

| *Initial Payment* | 2,000,000.00 |
|---|---|
| *Additional Payment* | 250,000.00 |
| *Total (Recoupable) Payments* | 2,250,000.00 |
| *Recouped from Licensee / Settlement # 1* | 0.00 |
| *Recouped from Licensee / Settlement # 2* | (117,000.00) |
| *Total (Recoupable) Payments* | 2,250,000.00 |
| **Recoupable Balance** | **2,133,000.00** |

| *Cumulative Net Proceeds net of Initial & Add'l Payments <A>* | **8,397,176.37** |
|---|---|

*<A>  Pursuant to 2nd Amendment to PAA Section 6, Total Recoveries shall be applied in the following order of priority: first to ARG in an amount equal to ARG Costs, then to ARG & Assignor in proportion to their respective shares of Net Proceeds, provided that ARG is reimbursed for the Initial Payment & Additional Payment from Net Proceeds*

CONFIDENTIAL
DO NOT DISTRIBUTE