# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SAMC 15-00032-DOC (DFMx) | Date | December 15, 2015 |
|----------|--------------------------|------|-------------------|
| Title | Lenovo Holding Company, Inc., et al., v. Acacia Research Corp., et al. | | |

| Present: The Honorable | Douglas F. McCormick | |
|------------------------|----------------------|--|
| Terri Steele | | CS 12/15/2015 |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Eric J. Klein | Jessica L. Mullen |
| Michael L. Lindinger | Stephen L. Ram |
| Amanda K. Streff | |

**Proceedings:**       (In Court)   Hearing on Lenovo's Motion to Compel Acacia to Comply with Subpoena [Dkt. 1]

Case called. Appearances made. Tentative Ruling issued. Discussion held.    This matter is taken under submission.

|  | : | 54 |
|--|---|----|
| Initials of Clerk | ts | |